UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

| | | |
|---|---|---|
| Bryan Hansel, Nancy Hansel, and the Hansel (1997) Family Trust, | ) | Court File No.: 00-CV-1918 DSD/JMM |
| Plaintiffs, | ) | FINAL ~~SECOND~~ **STIPULATION REGARDING EXTENSION TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** |
| vs. | ) | |
| e-comeleon Limited and Roy Stanley, | ) | |
| Defendants. | ) | |

The undersigned parties, by and through their respective counsel, hereby stipulate and agree as follows:

1. Both defendants are granted a second extension, until October 16, 2000, to answer or otherwise respond to Plaintiffs' Complaint, which was previously filed with the Court.

2. The parties do not seek this extension of time to delay this matter, but so that justice may be served and the parties may continue settlement discussions.

3. By entering into this Stipulation, defendants do not intend to waive any jurisdictional defenses, objections to service of process, or other defenses that may be available to defendants, nor do defendants intend this Stipulation or the subsequent filing of this Stipulation with the court to be considered an appearance of any kind in this action.

4. This Stipulation may be executed in counterparts and by facsimile signature.

FILED OCT 13 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD. ____
DEPUTY CLERK ____

IT IS SO STIPULATED.

Dated: ______________

By____________________________
Alan M. Anderson
Attorney No. 149500
Renee L. Jackson
Attorney No. 222604
LARKIN, HOFFMAN, DALY & LINGREN, Ltd.
1500 Norwest Financial Center
7900 Xerxes Avenue South
Minneapolis, Minnesota 55431-1194
Telephone: (612) 835-3800\

Attorneys for Plaintiffs Brian Hansel, Nancy Hansel, and Hansel (1997) Family Trust

Dated: October 2, 2000

By____________________________
Dean A. LeDoux
Attorney No. 176643
GRAY, PLANT, MOOTY, MOOTY & BENNETT, P.A.
3400 City Center
33 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: (612) 343-2800

Attorneys for Defendants e-comeleon Limited and Roy Stanley

IT IS SO STIPULATED.

Dated: 10/3/00

By /Renee L. Jackson/jss
Alan M. Anderson
Attorney No. 149500
Renee L. Jackson
Attorney No. 222604
LARKIN, HOFFMAN, DALY & LINGREN, Ltd.
1500 Norwest Financial Center
7900 Xerxes Avenue South
Minneapolis, Minnesota 55431-1194
Telephone: (612) 835-3800\

Attorneys for Plaintiffs Brian Hansel, Nancy Hansel, and Hansel (1997) Family Trust

Dated: October 2, 2000

By [signature]
Dean A. LeDoux
Attorney No. 176643
GRAY, PLANT, MOOTY, MOOTY & BENNETT, P.A.
3400 City Center
33 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: (612) 343-2800

Attorneys for Defendants e-comeleon Limited and Roy Stanley

October 13, 2000

SO ORDERED

[signature]