**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Bryan Hansel, Nancy Hansel, and the Hansel (1997) Family Trust

Plaintiffs,

v.

e-comeleon Limited and Roy Stanley,

Defendants.

Civ. No. 00-CV-1918 DSD/JMM

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

## STIPULATION

The parties, by their respective undersigned counsel of record, hereby Stipulate to the execution and entry of the following Order for Dismissal with Prejudice.

Dated: 10/19, 2000.

Alan M. Anderson (149500)
Renee L. Jackson (222604)
LARKIN, HOFFMAN, DALY & LINDGREN, Ltd.
1500 Norwest Financial Center
7900 Xerxes Avenue South
Minneapolis, Minnesota 55431-1194
(612) 835-3800

Attorneys for Plaintiffs Bryan Hansel, Nancy Hansel, and the Hansel (1997) Family Trust

Dated: October 17, 2000.

Dean A. LeDoux (176643)
GRAY, PLANT, MOOTY & BENNETT, P.A.
3400 City Center
33 South Sixth Street
Minneapolis, MN 55402-3796
(612) 343-2800

Attorneys for Defendants e-comeleon Limited and Roy Stanley

OCT 30 2000

## ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to the foregoing Stipulation of the parties and Rule 41 of the Federal Rules of Civil Procedure,

IT IS HEREBY ORDERED that this action is dismissed with prejudice and on the merits, and without costs to any party.

Dated: Oct. 28, 2000.

David S. Doty
United States District Judge

LET JUDGMENT BE ENTERED ACCORDINGLY.

::ODMA\PCDOCS\LIB1\618510\1